| | |
|---|---|
| ERIC J. BALL (CSB No. 241327) eball@fenwick.com FENWICK & WEST LLP Silicon Valley Center 801 California Street Mountain View, CA 94041 Telephone: 650.988.8500 Facsimile: 650.938.5200 | ROGER J. BROTHERS, SBN 118622 rbrothers@brotherssmithlaw.com HORACE W. GREEN, SBN 115699 hgreen@brotherssmithlaw.com BROTHERS SMITH LLP 2033 N. Main Street, Suite 720 Walnut Creek, California 94596 Telephone: 925 944 9700 Facsimile: 925 944 9701 |

SILVIA M. MEDINA (*pro hac vice*)
silvia.medina@fenwick.com
FENWICK & WEST LLP
902 Broadway, Suite 14
New York, NY 10010
Telephone: 212.430.2600
Facsimile: 650.938.5200

JAMES W. MCCONKIE III, Utah Bar No. 8614 jmcconkie@wnlaw.com
(*Pro Hac Vice*)
BRITTANY FRANDSEN, Utah Bar No. 16051 bfrandsen@wnlaw.com
(*Pro Hac Vice*)
WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
60 East South Temple, Tenth Floor
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendant ONICA GROUP LLC

Attorneys for Plaintiff
TANIUM INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANIUM INC., <br><br> Plaintiff, <br><br> v. <br><br> ONICA GROUP LLC, <br><br> Defendant. | Case No.: 3:19-cv-02527-EMC <br><br> **JOINT STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed by Tanium Inc. ("Tanium") and Onica Group LLC ("Onica") that pursuant to Federal Rules of Civil Procedures 41(a)(1)(A)(ii), all claims in this action between Tanium and Onica are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: February 20, 2020        FENWICK & WEST LLP

By: /s/ Eric J. Ball
    Eric J. Ball

Attorneys for Plaintiff
TANIUM INC.

Dated: February 20, 2020        WORKMAN NYDEGGER

By: /s/ James W. McConkie III
    James W. McConkie III

Attorneys for Defendant
ONICA GROUP LLC

### ATTESTATION

I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 20, 2020        /s/ Eric J. Ball
                                Eric J. Ball

**GRANTED**

Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATED: 2/20/2020

JOINT STIPULATION OF DISMISSAL                    Case No.: 3:19-cv-02527-EMC